COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 




 
 
  
 C.
 F. JORDAN COMMERCIAL, L.P.,
  
                             Appellant,
  
 v.
  
 FABIOLA CHAVEZ, Individually and as
 Administrator of the Estate of Lorenzo Chavez, and as Next Friend of LORENZO
 CHAVEZ, JR. and JOVANNA CHAVEZ,
 minor children.
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-00-00232-CV
  
 Appeal from the
  
 County
 Court at Law No. Five
  
 of El
 Paso County, Texas
  
 (TC#
 97-2422)
 
 




O P I N I O N  O N  M
O T I O N

 

Pending
before the Court is the joint motion to abate the appeal and remand the case to
the trial court for selection of a guardian ad litem,
entry of the agreed judgment, and dismissal of the lawsuit.

The
Court has considered this cause on the joint motion and concludes the motion
should be granted and the appeal should be abated and remanded.  We therefore abate the appeal.  The parties are ordered to file a Joint
Motion to Dismiss on or before August 24, 2002.

July 25, 2002

_____________________________________

RICHARD
BARAJAS, Chief Justice

 

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.

 

(Do Not Publish)